FILED

JAN 11 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| DIRK A. STINSON, | ) | Case No. CV 12-10585-PA (MLG) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| DIRECTOR OF CORRECTIONS, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: January 10, 2013

_____
Percy Anderson
United States District Judge

1