JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIRK A. STINSON,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>DIRECTOR OF CORRECTIONS,<br><br>　　　　Respondent. | Case No. CV 12-10585-PA (MLG)<br><br>JUDGMENT |

　　　IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: January 10, 2013

　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　United States District Judge